FILED'06 MAR 17 10:42USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN TERRY HILL,

        Petitioner,        Civil No. 05-1506-AA

        v.                   ORDER

GUY HALL,

        Respondent.

AIKEN, District Judge.

    By Order (#12) entered March 6, 2006, petitioner was directed to show cause in writing within 10 days why this proceeding should not be dismissed for failure to prosecute. Petitioner has not responded.

    Respondent's unopposed Response to Habeas Petition (#9) establishes that petitioner is not in custody for purposes of 28 U.S.C. § 2254 relief. Accordingly, petitioner's Petition (#2) is denied.

1 - ORDER

This proceeding is dismissed.

IT IS SO ORDERED

DATED this 17 day of March, 2006.

                                              Ann Aiken
                                              United States District Judge

2 - ORDER